Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
          daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*MGM Resorts International and*
*Victoria Partners dba Park MGM*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. ATHEY,<br><br>      Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; MGM RESORTS INTERNATIONAL, as GENERAL PARTNER OF VICTORIA PARTNERS; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>      Defendants. | Case No. 2:19-cv-01953-KJD-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

    IT IS HEREBY STIPULATED by and between Plaintiff Chester Athey ("Plaintiff"), through his counsel Kemp & Kemp, and Defendants MGM Resorts International and Victoria Partners dba Park MGM ("Defendants"), through their counsel Jackson Lewis P.C., that Defendants shall have up to and including Wednesday, December 4, 2019, in which to file a response to Plaintiff's First Amended Complaint. This Stipulation is submitted and based upon the following:

    1.    Defendants response to the First Amended Complaint is currently due on November 14, 2019.

2. An extension is necessary because Plaintiff's Counsel and Defense Counsel are currently working cooperatively to identify the correct entity or entities involved in Plaintiff's termination of employment from a Las Vegas Strip property formerly known as Monte Carlo Las Vegas Resort and Casino, which is currently operated by Victoria Partners dba Park MGM. The Parties seek to avoid unnecessary motions to dismiss regarding incorrectly named and sued entities. The Parties believe they can resolve these issues within the next three weeks.

3. This is the first request for an extension of time for Defendants to file a response to Plaintiff's First Amended Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 13th day of November, 2019.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* | */s/ Deverie J. Christensen* |
| Victoria L. Neal, Bar No. 13382<br>James P. Kemp, Bar No. 6375<br>7435 W. Azure Drive, Ste. 110<br>Las Vegas, Nevada 89130 | Deverie J. Christensen, Bar No. 6596<br>Daniel I. Aquino, Bar No. 12682<br>300 S. Fourth Street, Ste. 900<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: November 19, 2019

Jackson Lewis P.C.
Las Vegas

2