Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
         daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*MGM Resorts International and*
*Victoria Partners dba Park MGM*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. ATHEY,<br><br>   Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; MGM RESORTS INTERNATIONAL, as GENERAL PARTNER OF VICTORIA PARTNERS; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>   Defendants. | Case No. 2:19-cv-01953-KJD-VCF<br><br>**STIPULATION FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>First Request |

IT IS HEREBY STIPULATED by and between Plaintiff Chester Athey ("Plaintiff"), through his counsel Kemp & Kemp, and Defendants MGM Resorts International and Victoria Partners dba Park MGM ("Defendants"), through their counsel Jackson Lewis P.C., that Plaintiff shall have up to and including Friday, December 27, 2019, to file a Second Amended Complaint; and Defendants shall have up to and including Friday, January 3, 2020, in which to file a response to Plaintiff's Second Amended Complaint. This Stipulation is submitted and based upon the following:

1. Defendants' response to the First Amended Complaint is currently due on December 18, 2019, and previously the Parties stipulated to two extensions. During the prior two extensions, Plaintiff's Counsel and Defendants' Counsel have worked cooperatively to identify the correct entities involved in Plaintiff's termination of employment from a Las Vegas Strip property formerly known as Monte Carlo Las Vegas Resort and Casino, which is currently operated by Victoria Partners dba Park MGM.

2. Counsels have determined Victoria Partners dba Park MGM is a general partnership and the general partners are MGM Resorts International, Inc. and Mandalay Resort Group.

3. The Parties agree the most expeditious way to proceed is for Plaintiff to file a Second Amended Complaint naming the entities as discussed between Counsel and for which Defense Counsel will accept service; and for the named Defendants thereafter to respond. This will avoid the need for motion practice, any unnecessary response to the current First Amended Complaint, and will permit the parties to proceed with the discovery phase of this case.

4. Thus, the Parties have stipulated to permit Plaintiff to file a Second Amended Complaint to name the entities as discussed between counsel by December 27, 2019, and for Defendants to respond thereafter to the Second Amended Complaint by January 3, 2020.

5. This is the first request to permit Plaintiff to file a Second Amended Complaint, and for Defendants thereafter to file a response to it.

6. This request is made in good faith and not for the purpose of delay.

7. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 17th day of December, 2019.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* | */s/ Deverie J. Christensen* |
| Victoria L. Neal, Bar No. 13382 | Deverie J. Christensen, Bar No. 6596 |
| James P. Kemp, Bar No. 6375 | Daniel I. Aquino, Bar No. 12682 |
| 7435 W. Azure Drive, Ste. 110 | 300 S. Fourth Street, Ste. 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

United States Magistrate Judge

Dated: 12-18-2019