# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. ATHEY, | Case No.: 2:19-cv-01953-KJD-VCF |
| Plaintiff(s), | **ORDER** |
| v. | |
| MGM RESORTS INTERNATIONAL, et al., | |
| Defendant(s). | |

An early neutral evaluation is currently set for January 7, 2020. *See* Docket No. 5. An evaluating magistrate judge may *sua sponte* exempt a case from the early neutral evaluation process. Local Rule 16-6(c). Having reviewed the parties' settlement statements, the Court finds that holding an early neutral evaluation in this case would be futile. Accordingly, the early neutral evaluation is **VACATED** and this case returns to the normal litigation track.

IT IS SO ORDERED.

Dated: January 3, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1