1　Deverie J. Christensen
　　Nevada State Bar No. 6596
2　Daniel I. Aquino
　　Nevada State Bar No. 12682
3　**JACKSON LEWIS P.C.**
　　300 S. Fourth Street, Suite 900
4　Las Vegas, Nevada 89101
　　Tel: (702) 921-2460
5　Email: deverie.christensen@jacksonlewis.com
　　　　　daniel.aquino@jacksonlewis.com
6
7　*Attorneys for Defendants*
　　*MGM Resorts International and*
　　*Victoria Partners dba Park MGM*
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHESTER L. ATHEY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation, AS GENERAL PARTNER OF VICTORNIA PARTNERS d/b/a Park MGM, MANDALAY RESORT GROUP, a Domestic Corporation, AS GENERAL PARTNER OF VICTORIA PARTNERS, d/b/a PARK MGM; VICTORIA PARTNERS, d/b/a PARK MGM, a domestic limited partnership; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>　　　　Defendants. | Case No. 2:19-cv-01953-KJD-VCF<br><br>**ORDER TO STAY ACTION UNTIL MAY 22, 2020**<br><br>(First Request) |

　　　IT IS HEREBY STIPULATED by and between Plaintiff Chester Athey ("Plaintiff"), through his counsel Kemp & Kemp, and Defendants MGM Resorts International, Mandalay Resort Group, and Victoria Partners dba Park MGM ("Defendants"), through their counsel Jackson Lewis P.C., that this action be stayed in its entirety for 60 days, until May 22, 2020, with this Court's approval. This Stipulation is submitted and based upon the following:

1. Due to the public health and safety issues caused by COVID-19, the Parties anticipate significant delays in the discovery process. Defendants have temporarily ceased all business operations for health and safety reasons, and will continue to do so in accordance with the directive of Governor Steve Sisolak. During this time, the Parties will be unable to participate meaningfully in discovery.

2. Due to these circumstances, the Parties agree it is appropriate that this matter be stayed in its entirety for a period of 60 days, until May 22, 2020.

3. Should circumstances change such that a shorter or a longer stay is appropriate, the parties will immediately and jointly notify the Court.

4. This request is made in good faith and not for the purpose of delay.

Dated this 23rd day of March, 2020.

| | |
|---|---|
| KEMP & KEMP | JACKSON LEWIS P.C. |
| */s/ Victoria L. Neal* | */s/ Daniel I. Aquino* |
| Victoria L. Neal, Bar No. 13382 | Deverie J. Christensen, Bar No. 6596 |
| James P. Kemp, Bar No. 6375 | Daniel I. Aquino, Bar No. 12682 |
| 7435 W. Azure Drive, Ste. 110 | 300 S. Fourth Street, Ste. 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

IT IS SO ORDERED:

_____
United States District Court/Magistrate Judge

Dated: 3/24/2020