Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
           daniel.aquino@jacksonlewis.com

*Attorneys for Defendants*
*MGM Resorts International and*
*Victoria Partners dba Park MGM*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. ATHEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation; MGM RESORTS INTERNATIONAL, as GENERAL PARTNER OF VICTORIA PARTNERS; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>          Defendants. | Case No.  2:19-cv-01953-KJD-VCF<br><br>**STIPULATION AND ORDER TO STAY ACTION UNTIL AUGUST 3, 2020**<br><br>(Third Request) |

     IT IS HEREBY STIPULATED by and between Plaintiff Chester Athey ("Plaintiff"), through his counsel Kemp & Kemp, and Defendants MGM Resorts International and Victoria Partners dba Park MGM ("Defendants"), through their counsel Jackson Lewis P.C., that this action be stayed in its entirety until August 3, 2020, with this Court's approval.  This Stipulation is submitted and based upon the following:

     1.     Due to the public health and safety issues caused by COVID-19, the Parties anticipate significant delays in the discovery process.

2. On March 18, 2020, Defendant, along with all other gaming establishments in Nevada, ceased operations in accordance with Governor Steve Sisolak's Emergency Directive 002.

3. On March 23, 2020, the Parties filed a Stipulation and Order with this Court (ECF No. 26) seeking to stay the case until May 22, 2020 due to the COVID-19 pandemic. The Court approved and issued an Order on March 25, 2020. ECF No. 27.

4. On March 31, 2020, Governor Sisolak issued Emergency Directive 010 requiring Nevada residents to stay in their homes until April 30, 2020 except to perform work for or obtain goods or services from essential businesses.

5. On April 29, 2020, Governor Sisolak issued Emergency Directive 016 which orders that gaming establishments "shall remain closed until the Gaming Control Board determines that operations may safely resume." In addition, the Governor extended the stay-at-home order to May 15, 2020.

6. On May 19, 2020, the Parties filed a Stipulation and Order with this Court (ECF No. 28) seeking to stay the case until June 22, 2020 due to the COVID-19 pandemic. The Court approved and issued an Order on May 20, 2020. ECF No. 29.

7. During this time, the Parties have been, and will continue to be unable to, participate meaningfully in discovery. Governor Sisolak has since allowed gaming establishments to resume operations with restrictions, and the Defendant is in the resource-intensive process of reopening its operations. Defendant's internal personnel necessary to assist with discovery in this action are occupied with these efforts. Defendant anticipates, based on the current schedule for reopening its properties, that the necessary personnel to proceed with discovery will be available in August.

8. Due to these circumstances, the Parties agree it is appropriate that this matter be stayed in its entirety until August 3, 2020.

9. On or before August 10, 2020, the Parties will submit a Stipulation and Order to Amend the Scheduling Order dated February 18, 2020 (ECF No. 24) to establish new deadlines.

10. Should circumstances change such that a shorter or a longer stay is appropriate, the Parties will immediately and jointly notify the Court.

11. This request is made in good faith and not for the purpose of delay.

Dated this 18th day of June, 2020.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* <br> Victoria L. Neal, Bar No. 13382 <br> James P. Kemp, Bar No. 6375 <br> 7435 W. Azure Drive, Ste. 110 <br> Las Vegas, Nevada 89130 | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

### ORDER

IT IS SO ORDERED:

Kent J. Dawson, U.S. District Judge

Dated: June 25, 2020