Paul T. Trimmer
Nevada State Bar No. 9291
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
           hilary.williams@jacksonlewis.com

*Attorneys for Defendants*
*MGM Resorts International and*
*Mandalay Resort Group as General Partners of*
*Victoria Partners dba Park MGM, and*
*Victoria Partners dba Park MGM*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHESTER L. ATHEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MGM RESORTS INTERNATIONAL, a Foreign Corporation, AS GENERAL PARTNER OF VICTORIA PARTNERS d/b/a PARK MGM; MANDALAY RESORT GROUP, a Domestic Corporation, AS GENERAL PARTNER OF VICTORIA PARTNERS d/b/a PARK MGM; VICTORIA PARTNERS d/b/a/ PARK MGM, a Domestic Limited Partnership; ROE Business Organizations I-X; and DOE INDIVIDUALS I-X, Inclusive,<br><br>    Defendants. | Case No.  2:19-cv-01953-KJD-VCF<br><br>**STIPULATED:**<br><br>**(1) NOTICE OF SETTLEMENT;**<br><br>**(2) REQUEST FOR STAY; and**<br><br>**(3) REQUEST FOR STATUS CHECK** |

Plaintiff Chester L. Athey ("Plaintiff") by and through his counsel of record, Kemp and Kemp, and Defendants MGM Resorts International ("MGM") as General Partner of Victoria Partners dba Park MGM, Mandalay Resort Group ("Mandalay") as General Partners of Victoria Partners dba Park MGM, and Victoria Partners ("Victoria Partners") dba Park MGM by and through their counsel of record, Jackson Lewis, P.C., hereby file this Stipulated Notice of Settlement and Request for Stay and Status Check.  The parties have reached a resolution of this matter and are working to finalize the language of the settlement agreement. The parties need enough time to

complete the settlement process, including the issuance of settlement funds, in order to file a stipulation and order to dismiss this action. Thus, the parties request that the Court schedule a settlement status check conference in approximately 60 days, at the Court's convenience, to permit the parties time to complete the settlement process and file a stipulation and order for dismissal. The status check can be vacated if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

The parties also request that the Court stay all pending deadlines set forth in the Stipulation and Order to Extend Discovery and Dispositive Motion Deadlines (ECF No. 53). The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

Dated this 19th day of May, 2022.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Victoria L. Neal | /s/ Hilary A. Williams |
| James P. Kemp, Bar # 6375 | Paul T. Trimmer, Bar # 9291 |
| Victoria L. Neal, Bar # 13382 | Hilary A. Williams, Bar # 14645 |
| 7435 West Azure Drive, Suite 110 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS HEREBY ORDERED that a video status hearing is scheduled for 10:00 AM, July 22, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, July 21, 2022.

IT IS FURTHER ORDERED that all deadlines are STAYED pending further order of the court.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before noon, July 21, 2022.

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated:      5-20-2022